THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOUGLAS E. DRAKE, Appellant.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

In the Matter of FRANK N. PLESENGER, JR., Appellant, v. PAUL D. McGINNIS, as Commissioner of Correction, et al., Respondents.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## (July 28, 1967)

THEODORE S. WILLIAMS, Appellant, v. SARA WILLIAMS, Respondent.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONRAD B. LAYTON, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS J. SWEENEY, JR., Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## (July 31, 1967)

HARVEY MARCELIN, Appellant, v. STATE OF NEW YORK, Respondent.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.